IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Marissa Leong Salomon | * | |
| Plaintiff, | * | |
| vs. | * | Case No.1:08-cv-00594-CKK |
| Michael Chertoff, secretary | * | |
| Department of Homeland Security | | |
| U.S. Customs and Border Protection et al | * | |

**MOTION FOR ADMISSION PRO HAC VICE**

I, Scott M. Hartinger, am a member in good standing of the bar of this Court. My bar number is 461129. I am moving the admission of David C. Weaver to appear *pro hac vice* in this case as co-counsel for Marissa Leong Salomon.

We certify that:

1. The proposed admittee is not a member of the District of Columbia bar and does not maintain any law offices in the District of Columbia.

2. The proposed admittee is a member in good standing of the United States District Court for Maryland (Federal Bar #13492), and Maryland State Bar.

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero (0) times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understand that he shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admitee understands admission *pro hac vice* for this case only and does not constitute formal admission to the bar of this Court.

Respectfully submitted

SCOTT M. HARTINGER,
Bar #461129
Ethridge, Quinn, McAuliffe, Rowan
  & Hartinger
100 North Court Street
Frederick, Maryland 21701
(301) 698-8182
smh@eqmrh.com

DAVID C. WEAVER
Ethridge, Quinn, McAuliffe, Rowan
  & Hartinger
100 North Court Street
Frederick, Maryland 21701
(301) 698-8182
dcw@eqmrh.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Marissa Leong Salomon | * | |
| Plaintiff, | * | |
| vs. | * | Case No.1:08-cv-00594-CKK |
| Michael Chertoff, secretary<br>Department of Homeland Security<br>U.S. Customs and Border Protection et al | *<br><br>* | |

**ORDER**

This matter is before the Court on the Motion For Pro Hac Vice. Having considered the Motion and any Opposition thereto, it is on this _____ day of _____, 2008 by the United States District Court for the District of Columbia.

ORDERED, that the Motion be, and the same is hereby GRANTED, and it is further,

OREDERD, that David C. Weaver, Esquire is admitted specially for the limited purpose of appearing and participating in this case as co-counsel for Plaintiff Marissa L. Salomon.

_____
**Judge, U.S District Court for the
District of Columbia**