AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Marissa Leong Salomon

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff, Secretary
Department of Homeland
et al

Case: 1:08-cv-00594
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 4/7/2008
Description: Employ Discrim.

TO: (Name and address of Defendant)

Bruce LaBombard,
Supervisory Custom and Border Protection Officer
U.S. Customs and Border Protection
1300 Pennsylvania Avenue
Washington, D.C. 20229

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott M. Hartinger
Ethridge, Quinn, McAuliffe, Rowan & Hartinger
100 North Court Street
Frederick, MD 21701

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         APR -7 2008

CLERK                                            DATE

_/s/ [signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE April 23, 2008  11:55 A.M. |
| NAME OF SERVER *(PRINT)* Robert Shawn | TITLE Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Patricia A. Isler, General Counsel's Office US Customs and Border Protection - Authorized to Accept Service.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 25⁰⁰ | TOTAL 25⁰⁰ |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/23/08
            Date           Signature of Server

3734 Livingston Dr. Jefferson MD 21755
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.