AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Marissa Leong Salomon

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff, Secretary
Department of Homeland Security, et al

CASE NUMBER:  1:08-cv-00594 *CKK*

TO: (Name and address of Defendant)

Jeffrey A. Taylor
United States Attorney
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott M. Hartinger
Ethridge, Quinn, McAuliffe, Rown & Hartinger
100 North Court Street
Frederick, MD 21701

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              JUL 01 2008

CLERK                                                 DATE

*Jackie Francis*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 11, 2008 12:00pm |
| NAME OF SERVER (PRINT) Robert Shrum | TITLE Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 501 5th St. NW Wash., D.C

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served on Gary Najes Document Clerk Authorized to Accept Service for Jeffrey A. Taylor, US Attorney

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 45.00 | 60.00 | 105.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/11/08
              Date

Signature of Server

3434 Livingston Dr. Jefferson MD 21755
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.