IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marissa Leong Salomon | * |
| Plaintiff, | * |
| vs. | *   Case No.1:08-cv-00594-CKK |
| Michael Chertoff, secretary<br>Department of Homeland Security<br>U.S. Customs and Border Protection et al | *<br><br>* |

## MOTION TO WITHDRAW APPEARANCE

David C. Weaver, Esquire, and Ethridge, Quinn, McAuliffe, Rowan & Hartinger. (the "Firm"), attorneys for the Plaintiff Marissa Leong Salomon ("Ms. Salomon"), file this Motion to Withdraw Appearance as counsel for Ms. Salomon, stating as follows:

1. Ms. Salomon, who has a Juris Doctorate degree, notified and the undersigned counsel of her intention to proceed *pro se*. .

2. Pursuant to LCVR 83.6, a letter dated June 18, 2008 was mailed to Ms. Salomon notifying her of our intention to file this Motion and requesting that she sign the Motion indicating her consent to counsel's withdrawal.

3. In said letter, Ms. Salomon was advised to have another attorney enter an appearance on her behalf, or to notify the Clerk of Court, in writing, of her intention to proceed on her own behalf.

4. Presently, there is not a trial date and there are no motions or other matters pending in this case.

5. Withdrawal of counsel's appearance of the undersigned counsel will not cause undue delay, prejudice, or injustice.

WHEREFORE, the undersigned counsel requests that this Motion be granted and that this Court enter an Order allowing the withdrawal of the undersigned counsel.

Respectfully submitted,

_____
David C. Weaver
Ethridge, Quinn, McAuliffe, Rowan & Hartinger
100 North Court Street
Frederick, Maryland 21701
301-698-8182
Attorney for Plaintiff

### CONSENT

I hereby consent to the withdrawal of David C. Weaver and Ethridge, Quinn, McAuliffe, Rowan & Hartinger as my attorneys of record.

_____
Marissa Leong Salomon

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw Appearance was mailed first class, postage prepaid, to Marissa Leong Salomon, 6149 Old Rose Drive, Las Vegas, NV 89146; on this 17th day of June, 2008.

_____
David C. Weaver