UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARISSA LEONG SALOMON,**<br>7187 Stillwater Court<br>Frederick, MD 15301<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL CHERTOFF,**<br>DEPARTMENT OF HOMELAND SECURITY,<br>U.S. CUSTOMS AND BORDER PROTECTION,<br>As an individual and in his capacity<br>1300 Pennsylvania Avenue<br>Washington, D.C. 20229<br><br>and<br><br>**CHISTOPHER HESS,**<br>As an individual and in his official capacity;<br><br>and<br><br>**VALENTINE GARCIA,**<br>As and individual and in his official capacity;<br><br>and<br><br>**BRUCE LABOMBARD,**<br>As an individual and in his official capacity,<br><br>**Defendants.** | Civil Action No. 08-0594 (CKK)<br>Electronic Case Filing |

## NOTICE OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Mercedeh Momeni** as counsel for the defendants in the above-captioned case.

       Respectfully submitted,


       __/s/*Mercedeh Momeni*_____
       MERCEDEH MOMENI
       Assistant United States Attorney
       555 4th Street, N.W.
       Washington, D.C.  20530
       (202) 305-4851
       (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of July 2008, a true and correct copy of the foregoing **Notice of Appearance** was served upon plaintiff by first class United States mail, postage prepaid marked for delivery to:

>**SCOTT M. HARTINGER**
>Ethridge, Quinn, McAuliffe, Rowon & Hartinger
>100 North Court Street
>Frederick, MD  21701

>__/s/*Mercedeh Momeni*_____
>MERCEDEH MOMENI
>Assistant United States Attorney
>555 4th Street, N.W.
>Washington, D.C.  20530
>(202) 305-4851
>(202) 514-8780 (facsimile)