UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARISSA LEONG SALOMON
2608 SPRUCE CREEK DR.
LAS VEGAS, NEVEDA 89135
(540) 295-8109

RECEIVED

AUG 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VS.                                CIVIL ACTION N0. 08-0594 (CKK)

MICHAEL CHERTOFF
DEPARTMENT OF HOMELAND SECURITY,
U.S. CUSTOMS AND BORDER PROTECTION,
AS AN INDIVIDUAL AND IN HIS CAPACITY
1300 PENNSYLVANIA AVENUE
WASHINTON D.C.20229

AND

CHRISTOPHER HESS,
AS AN INDIVIDUAL AND IN HIS OFFICIAL CAPACITY;

AND

VALENTINE GARCIA,
AS AN INDIVIDUAL AND IN HIS OFFICIAL CAPACITY;

AND

BRUCE LABOMBARD,
AS AN INDIVIDUAL AND IN HIS OFFICIAL CAPACITY,

DEFENDANTS.

## MOTION TO PROCEED IN PRO SE.

I respectfully request permission to proceed on my own behalf and represent myself in the above action.

1. I, Marissa Leong, hold a Juris Doctor degree and am able to research and defend the current civil suit against DHS.

2. All of my resources are gone. I have followed all the proper procedures since May

2004 in order to have my case heard by a neutral and detached Judge. And now I have lost my job, my home, and my husband. Please address correspondence to Marissa Leong.

3. Please grant me the ability to electronically file all motions with the court. I had to move to another state in order to obtain any employment. DHS has prevented me from obtaining any employment in the Washington D.C. area.

Respectfully Submitted,
MARISSA LEONG (SALOMON)
2608 SPRUCE CREEK DR.
LAS VEGAS, NEVEDA 89135