UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISSA LEONG SALOMON,<br><br>   Plaintiff,<br><br>     v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security,<br>individually and in his official capacity, *et al.*<br><br>   Defendants. | Civil Action No. 08-594 (CKK) |

**SHOW CAUSE ORDER**
(August 29, 2008)

The Complaint in this action was filed on April 7, 2008, and names as Defendants Michael Chertoff, the Secretary of the Department of Homeland Security, as well as Christopher Hess, Valentine Garcia, and Bruce Labombard, each individually and in his or her official capacity. On May 7, 2008, Plaintiff filed Affidavits indicating that service was effected on each Defendant on April 23, 2008. As such, Defendants were required to answer or otherwise respond to Plaintiff's Complaint by June 23, 2008. On July 29, 2008, counsel entered an appearance on behalf of all Defendants, but no answer or responsive pleading has yet to be filed.

Accordingly, it is this 29th day of August, 2008 hereby

**ORDERED** that, on or before September 12, 2008, Defendants shall SHOW CAUSE as to why they have failed to file an answer or otherwise respond to Plaintiff's Complaint.

**SO ORDERED**.

                                                                          /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge